FILED
October 01, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
**Western District of Texas**
Pecos Division

United States of America
v.
(1) Vidal GONZALEZ,
(2) Lupita LOPEZ,
*Defendant(s)*

Case No. **PE: 25-MJ-505**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 09/28/2025 in the county of Brewster in the WESTERN DISTRICT OF TEXAS, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Defendant, 8 USC 1324(a)(1)(A)(ii) (1-2) | Knowing and in reckless disregard of the fact that an alien, has come to, entered, or remained in the United States in violation of law, did transport and move or attempt to transport and move such alien within the United States in furtherance of such violation of law. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Robert R. Arnold Velazquez
*Printed name and title*

**Complaint sworn to before me and signed on this date. FED.R.CRIM.P. 4.1(b)(2)(A).**

Date: 10/01/2025

*Judge's signature*

City and state: Alpine, Texas

Honorable Judge David B. Fannin
United States Magistrate Judge

# AFFIDAVIT

I, Robert R. Arnold-Velazquez, Border Patrol Agent, being duly sworn, depose and state the following:

1. On September 28, 2025, a Border Patrol Agent (BPA), assigned to the Alpine Border Patrol Station was observing traffic approximately 4 miles south of the Persimmon Gap entrance to Big Bend National Park (BBNP). This area is located in Brewster County, within the Western District of Texas. The agent observed a white four door Kia Optima bearing California plates heading northbound. The vehicle appeared to be heavily laden in the rear. There were no other northbound vehicles at the time. The agent followed the vehicle to approximately ten miles south of the Highway (HWY) 385 United States Border Patrol Checkpoint, before Brewster County Sheriff's (BCSO) Deputies became aware of the vehicle and began to follow it.

2. As the Deputies continued to follow the vehicle north, the vehicle turned into the roadside park located 4 miles south of the HWY 385 Checkpoint. The Deputies observed that the vehicle's rear driver-side and passenger-side doors, as well as the trunk, suddenly opened. Immediately after, the deputies observed several subjects dressed in camouflage bailing out of the vehicle, running into the brush. BCSO Deputies apprehended the driver, later identified as GONZALEZ, Vidal, the front passenger, later identified as LOPEZ, Lupita, a subject that was concealing himself in the trunk, and one of the subjects from the backseat who tried to flee. Deputies also found open beer containers located in the center console area.

3. Moments later, Border Patrol Agents arrived at the bailout location. The Agents conducted an immigration inspection, and it was determined that the driver and front seat passenger were United States citizens, and the other two subjects were citizens of Mexico. Both Mexican subjects admitted to being illegally present in the United States, without documents to reside or remain in the United States legally. Both illegal aliens were placed under arrest and transported to the Alpine Border Patrol Station for further processing and disposition. Both principals were initially transported to the Brewster County Jail and on September 29, 2025, were turned over to Border Patrol for federal prosecution.

4. Border Patrol Agents conducted a video recorded post-Miranda Rights interview with the alien that was found in the trunk. The alien, who is a citizen of Mexico, stated that he was part of a group of four. After crossing the Rio Grande River, they arrived at the pickup location, where he was directed to get in the trunk. The alien stated that while he was in the trunk it was hot and had lack of air. The alien also stated that he had lack of movement, no means of escape and that he could not communicate with the driver or passengers of the vehicle. The alien stated that his destination was Oklahoma City, Oklahoma, and that he was supposed to pay the driver $6,000 USD in cash once he arrived.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

______________________________

Robert R. Arnold-Velazquez
Border Patrol Agent

______________________________

David B. Fanin
United States Magistrate Judge